UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SUSAN CRAWFORD,
    Plaintiff,

vs.                                Case No.: 3:19cv4997/LAC/EMT

ANDREW SAUL,
Commissioner of Social Security,
    Defendant.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on February 26, 2021 (ECF No. 8). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 8) is adopted and incorporated by reference in this order.

2. The decision of the Commissioner is **AFFIRMED**, and this action is **DISMISSED**.

3. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 5th day of March, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:19cv4997/LAC/EMT